United States Bankruptcy Court
Northern District of Ohio

In re:                                                                    Case No. 20-31880-jpg

Kristal M. Moore                                                          Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0647-3 | User: dzeme | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Oct 28, 2020 | Form ID: pdf755 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristal M. Moore, 5927 Livingston Dr., Toledo, OH 43613-1709 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MTGLQ Investors LP |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2020               Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth A. Vaughan | 13ECFNotices@chapter13toledo.com  toledo13@ecf.epiqsystems.com |
| LeAnn E. Covey | on behalf of Creditor MTGLQ Investors LP bknotice@clunkhoose.com |
| Stephen T. Priestap | on behalf of Debtor Kristal M. Moore StevePriestap@gmail.com  kim@stevepriestap.com |

TOTAL: 3

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



John P. Gustafson
United States Bankruptcy Judge

**Dated:  October 28 2020**

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.  20-31880 |
| Kristal M. Moore | ) | Chapter 13 |
| Debtor(s). | ) | JUDGE JOHN P. GUSTAFSON |

### <u>ORDER CONTINUING CONFIRMATION HEARING</u>

This case came before the court on October 27, 2020 for Hearing on Confirmation of Chapter 13 Plan.  Attorney for Debtor, Attorney for Creditor and the Chapter 13 Trustee appeared at the hearing by telephone. The Trustee does not recommend confirmation at this time therefore, the matter will be continued as set forth below.

Accordingly, it is

**ORDERED** that Debtor shall provide the Trustee with 401(k) payoff information within **fourteen (14) days** from the filing date of this Order; and it is

**FURTHER ORDERED** that Confirmation Hearing is continued to **December 1, 2020 at 9:30 a.m.**  Until further notice, **Counsel must be prepared to appear telephonically by contacting Chambers (419) 213-5631 or the Courtroom Deputy (419) 213-5607 and provide a contact telephone number at least 24 hours prior to the hearing.**

###